**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Frank C.  Damrell, Jr.
United States District Judge
Sacramento, California

> **RE:   Harjit Singh GILL**
> **Docket Number:  2:03CR00474-01**
> <u>**REQUEST TO RELEASE PASSPORT**</u>

Your Honor:

On November 18, 2003, the above-named defendant surrendered his passport to the Court.  The defendant subsequently pled guilty to one count of 18 U.S.C. 1623 - False Declaration Before a Grand Jury.   On June 6, 2005, he was sentenced to 3 years probation, with 6 months in a Community Corrections Center.  I am requesting the defendant's passport be released to him. He has been given permission to travel to Chicago for a work-related conference prior to starting his time at the CCC, and has no other valid form of identification.  The defendant's presentence report is attached for your reference.

Respectfully submitted,

/s/

**Wendy E.  Reyes**
**United States Probation Officer**

Dated:     June 15, 2005
           Sacramento, California

**REVIEWED BY:** _____/s/_____
                   **Karen A.  Meusling**
                   **Supervising United States Probation Officer**
Attachment(s)

cc:   R.  Steven Lapham                          Erin M. O'Donnell
       Assistant United States Attorney          Defense Counsel

AGREE:  <u>X</u> that the passport be returned to the defendant. DISAGREE: _____
IT IS SO ORDERED.

/s/ Frank C. Damrell Jr._____                       6/16/05_____
**Honorable Frank C. Damrell, Jr.**                     DATE
**UNITED STATES DISTRICT JUDGE**